[No. 61188-7-I.   Division One.   May 26, 2009.]

*In the Matter of the Personal Restraint of* JAMES DONALD NEIDIGH, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lau, J., concurred in by Cox and Leach, JJ.

[No. 61257-3-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD CLAYTON JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-06264-1, Jeffrey M. Ramsdell, J., entered February 11, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61454-1-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. TERESA JOYCE HOPKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-05332-4, Gregory P. Canova, J., entered March 10, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61574-2-I.   Division One.   May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK M. PIGOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-06758-9, Glenna Hall, J., entered March 24, 2008. *Remanded* by unpublished per curiam opinion.